IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:06-CR-157 |
| | ) | (VARLAN/SHIRLEY) |
| V. | ) | |
| | ) | |
| RUSSELL WIMBLEY | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the undersigned on Defendant Wimbley's Motion For Leave To File Further Motions [**Doc. 21**], filed on December 18, 2006. In support thereof, defense counsel notes that Defendant was not provided all discovery until three weeks later than the discovery cut-off date. Counsel further states that the filing of additional motions, past the motions deadline, may be necessary in order to adequately provide the effective assistance of counsel to which Defendant is entitled.

To the extent that counsel determines the need to file further motions in this case, counsel must (1) move for the Court's leave to file that particular motion, and (2) file that particular motion contemporaneously with the motion for leave to file. Thus, absent any showing of the type of motion Defendant desires to file or of specific need, Defendant's request for a generalized leave to file additional motions is **DENIED**.

Defendant is, however, **GRANTED** leave to refile this motion if a specific need is identified.

**IT IS SO ORDERED.**

                                      ENTER:

                                              s/ C. Clifford Shirley, Jr.
                                           United States Magistrate Judge